

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00083-CR

| | | |
|---|---|---|
| JOSEPH KELLY DINGLER, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1749454) |
| v. | § | April 4, 2024 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
     Justice Dana Womack